UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20519-CR-LENARD/GOODMAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**RUTILO ALBERTO BENITEZ-RODRIGUEZ,**

    Defendant,
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 32)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Jonathan Goodman ("Report," D.E. 32), issued on July 22, 2014, recommending that the Defendant's Motion for Relief Under Federal Rule of Civil Procedure 60(b)(6), D.E. 26. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 32) issued on July 22, 2014, is **ADOPTED**.

2. The Defendant's Motion is Denied.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of August, 2014.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE